|   |   |
|---|---|
| 1 | Katherine M. Windler (SBN 158899) |
|   | Sheri M. Kanesaka (SBN 240053) |
| 2 | **BRYAN CAVE LLP** |
|   | 120 Broadway, Suite 300 |
| 3 | Santa Monica, California 90401-2386 |
|   | Telephone: (310) 576-2100 |
| 4 | Facsimile: (310) 260-4105 |
|   | katherine.windler@bryancave.com |
| 5 | sheri.kanesaka@bryancave.com |
| 6 | Attorneys for Defendants |
|   | Countrywide Home Loans, Inc., Bank of America |
| 7 | Corporation and ReconTrust Company, N.A. |

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| PAULA HEIL, an individual and JEFFREY HEIL, an individual, | Case No. ED CV 09-01335-VAP (CWx) |
| Plaintiffs, | Assigned to the Honorable Virginia A. Phillips |
| vs. | **ORDER OF REMAND TO STATE COURT** |
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation, as the successor in interest to COUNTRY WIDE HOME LOANS, INC., RECONTRUST COMPANY, entity unknown, and DOES 1 THRU 100, | San Bernardino County Superior Court Case No. CVMS 900444 |
| | ACTION FILED: June 8, 2009 |
| | TRIAL DATE: NONE SET |
| Defendants. | |

The instant case, filed originally on June 8, 2009, by Paula and Jeffrey Heil as plaintiffs in the Superior Court of California, County of San Bernardino, Joshua Tree District, against Countrywide Home Loans, Inc., Bank of America Corporation, and ReconTrust Company, N.A. (sued as Recontrust Company), as

1    Case No. CVMS 900444 is hereby remanded to the Superior Court.

2        IT IS SO ORDERED.

**IT IS SO ORDERED**

DATE August 10, 2010

Virginia A Phillips

U.S. DISTRICT COURT JUDGE